**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 11-cr-00513-WYD-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALFREDO ROY GARCIA

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE UNSUCCESSFULLY**

---

        On April 13, 2015, the probation officer notified the Court that the defendant had been sentenced on March 27, 2015, to a six (6) year term of imprisonment in Adams County District Court, Case No. 2015CR577. Accordingly, it is

        ORDERED that the defendant's supervision is unsuccessfully discharged and the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 17th day of April, 2015.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        Senior United States District Judge